```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JEN GSELL, | : | CIVIL ACTION |
| | : | NO. 13-05723 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RUBIN AND YATES, LLC | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **4th** day of **September, 2014**, it is hereby **ORDERED** that Plaintiff's Amended Motion for Default Judgment (ECF No. 9) is **GRANTED in part and DENIED in part.** Judgment will be **GRANTED** as to Plaintiff's claim for $1,000.00 in statutory damages, as well as attorney's fees in the amount of $290.00, and costs in the amount of $400.00, pursuant to 15 U.S.C. § 1692k(a)(2) & (3). Judgment will be **DENIED** as to Plaintiff's request for additional attorney's fees in the amount of $2,670.10, for the reasons stated in the accompanying memorandum opinion.

**It is further ORDERED** that the Court will mark this case closed.

**AND IT IS SO ORDERED.**

                              /s/ Eduardo C. Robreno
                              **EDUARDO C. ROBRENO,    J.**